**DISMISS and Opinion Filed September 28, 2020**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00771-CR

**LUIS ALONSO CABALLERO-MORALES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-45493-T**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Browning
Opinion by Justice Browning

On October 29, 2015, after Luis Alonso Caballero-Morales pleaded guilty to possession of less than one gram of cocaine, the trial court deferred adjudication of guilt, placing him on deferred adjudication community supervision for three years. In July 2018, the trial court later extended appellant's community supervision until October 29, 2019. In August 2019, the State filed a motion to proceed with adjudication of guilt, alleging appellant violated various conditions of probation. Following a July 31, 2020 hearing, the trial court denied the State's motion, modified the terms of appellant's community supervision, and continued him on deferred

adjudication probation until October 28, 2022. Appellant's notice of appeal from that decision was filed on August 11, 2020.

As a general rule, an appellate court may consider appeals by criminal defendants only after conviction. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.). With regard to deferred adjudication, the Texas Legislature has authorized appeal of only two types of orders: (1) an order granting deferred adjudication, and (2) an order imposing punishment accompanying an adjudication of guilt. *Davis v. State*, 195 S.W.3d 708, 711 (Tex. Crim. App. 2006). Orders modifying the terms or conditions of deferred adjudication are not in themselves appealable. *Id*.

Here, there is no judgment of conviction; rather, the trial court continued appellant on deferred adjudication. Under these circumstances, we do not have jurisdiction. *See id*.

We dismiss this appeal for lack of jurisdiction.

/John G. Browning/
JOHN G. BROWNING
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200771F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LUIS ALONSO CABALLERO-
MORALES, Appellant

No. 05-20-00771-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F14-45493-T.
Opinion delivered by Justice
Browning. Justices Molberg and
Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want
of jurisdiction.

Judgment entered September 28, 2020